# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 10-55238-TJT
**Case Name:** Mondry, Louis Martin
**For Period Ending:** 09/30/2019

**Trustee Name:** (420370) Homer McClarty
**Date Filed (f) or Converted (c):** 09/24/2014 (c)
**§ 341(a) Meeting Date:** 10/22/2014
**Claims Bar Date:** 03/09/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property/Personal Residence (J)<br><br>Amendment filed 11/26/14 [docket no. 194] reducing value from $139,000<br>Amendment filed 10/21/17 [docket no. 180] increasing value from $130,000<br>49390 Bay Lane, Chesterfield, MI; amended to revise value, amount owed and exemption; total value of property $300,000 with total owing on mortgage $190,436.64 less estimated real estate commissions and closing costs of $20,000 leaving equity of $89,563.36 joint with wife-her interest totaling $44,781.68; amended to decrease value; total value of property $280,000 with total owing on mortgage $190,436.64 less estimated real estate commissions and closing costs of $20,000 leaving equity of $69,563.36, joint with wife-her interest totaling $34,781.68. Debtor's exemptions amount is "unlimited" | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real Property/Hardware Store Business Prpty (H)<br><br>5 year land contract; Court Order 12-19-14 Docket 201 - Sold inventory as part of real estate sale<br>6657 Michigan Avenue, Detroit, MI; amended to add lien and remove exemption; | 5,000.00 | 109,396.80 | | 116,330.40 | 9,666.40 |
| 3 | Vacant Business Property (H)<br><br>Amendment filed 10/21/14 [docket no. 180] removing asset<br>6200 Michigan Avenue, Detroit, MI; amended to remove asset | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank (H)<br><br>Checking & savings accounts; personal account; amended to remove exemption | 110.00 | 0.00 | | 0.00 | FA |
| 5 | Comerica Bank (H)<br><br>Amendment filed 10/21/14 [docket no. 180] increasing value from $200<br>Business account; amended to remove exemption; amended to decrease value | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Extra Credit Union (H)<br><br>Checking & savings accounts; personal; amended to remove exemption | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods & Furnishings (J)<br><br>Joint with wife; total value $3,800; 49390 Bay Lane, New Baltimore, MI | 1,900.00 | 0.00 | | 0.00 | FA |
| 8 | Wall Pictures (J)<br><br>Joint with wife; total value $200; 49390 Bay Lane, New Baltimore, MI | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel<br><br>49390 Bay Lane, New Baltimore, MIM | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Misc Jewelry (H)<br><br>49390 Bay Lane, New Baltimore, MI 48047 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding Ring (H)<br><br>49390 Bay Lane, New Baltimore, MI 48047 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Fishing Equipment<br><br>49390 Bay Lane, New Baltimore, MI 48047 | 100.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 10-55238-TJT  
**Case Name:** Mondry, Louis Martin  
**For Period Ending:** 09/30/2019

**Trustee Name:** (420370) Homer McClarty  
**Date Filed (f) or Converted (c):** 09/24/2014 (c)  
**§ 341(a) Meeting Date:** 10/22/2014  
**Claims Bar Date:** 03/09/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | "B" Stock in True Value Corporation (H)<br><br>Mondry Hardware; 6659 Michigan Avenue, Detroit, MI 48210; payable 6 months after discontinue business minus amounts owed to Corporation for current orders; amended to increase value and remove exemption; Member # 2509; full payment | 16,584.49 | 18,073.34 | | 15,833.83 | 3,677.42 |
| 14 | Hardware Accounts<br><br>Included in land contract agreement # 2; Court Order 12-19-14 Docket 201<br>Amended to remove exemption; | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15 | 2005 Dodge Van (H)<br><br>49390 Bay Lane, New Baltimore, MI; amended to decrease value, remove lien and add exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | 24 ft Pontoon Boat & Trailer (J)<br><br>Amendment filed 11/26/14 [docket no. 194] removing asset<br>Amendment filed 10/21/14 [docket no. 180] increasing value from $0<br>49390 Bay Lane, New Baltimore, MI; joint with wife $2,000 value; amended to remove asset | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Computer (H) | 200.00 | 0.00 | | 0.00 | FA |
| 18 | Pipe Machine/Key Machine | 300.00 | 0.00 | | 0.00 | FA |
| 19 | Hardware Store Inventory<br><br>Included in land contract agreement # 2; Court Order 12-19-14 Docket 201<br>Amended to increase value and remove exemption; | 20,000.00 | 9,000.00 | | 0.00 | FA |
| 20 | Real Property/8620 SW 146th Place (J) (u)<br><br>Amendment filed 11/26/14 [docket no. 194] adding asset<br>Dunnellon, FL 34432 | 34,000.00 | 0.00 | | 0.00 | FA |
| 21 | VOID<br><br>Entered in error | 0.00 | 0.00 | | 0.00 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$213,449.49** | **$137,470.14** | | **$132,164.23** | **$13,343.82** |

**Major Activities Affecting Case Closing:**

        8/12/19 Review accounts receivable monthly current on payments drive by the store quarterly  
        9/30/17 Payments continue on land contract  
        9/30/17 Payments continue on land contract  
        9/16/16 Payments continue on land contract

**Initial Projected Date Of Final Report (TFR):** 06/30/2020       **Current Projected Date Of Final Report (TFR):** 06/30/2020

10/23/2019       /s/Homer McClarty  
Date       Homer McClarty

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| Case No.: | 10-55238-TJT |
| Case Name: | Mondry, Louis Martin |
| Taxpayer ID #: | **-***2627 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | Homer McClarty (420370) |
| Bank Name: | Mechanics Bank |
| Account #: | ******9266 Checking Account |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/14 | {2} | Charter One | Deposit/Purchase of real property and assets/Court Order 12-19-14 Docket 201 | 1110-000 | 10,000.00 | | 10,000.00 |
| 12/29/14 | 101 | Chirco Title Agency, Inc. | Commercial property closing costs/Court Order 12-19-14 | 2500-000 | | 7,489.64 | 2,510.36 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,500.36 |
| 01/05/15 | 102 | Chirco Title Agency, Inc | Commercial property closing costs/Court Order 12-19-14 | 2500-000 | | 263.01 | 2,237.35 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,227.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,217.35 |
| 03/09/15 | | Mondry Hardware Store | Acct #2; Payment #1; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 4,150.63 |
| | {2} | | Acct #2; Payment #1; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 03/23/15 | | Chirco Title Agency Inc | Refund of Recording overage | 2500-000 | | -27.00 | 4,177.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,167.63 |
| 04/06/15 | | Mondry Hardware Store | Acct #2; Payment #2; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 6,100.91 |
| | {2} | | Acct #2; Payment #2; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,090.91 |
| 05/05/15 | | Mondry Hardware Store | Acct #2; Payment #3; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 8,024.19 |
| | {2} | | Acct #2; Payment #3; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.60 | 8,013.59 |
| 06/05/15 | | Mondry Hardware Store | Acct #2; Payment #4; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 9,946.87 |
| | {2} | | Acct #2; Payment #4; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.33 | 9,932.54 |
| 07/07/15 | | Mondry Hardware Store | Acct #2; Payment #5; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 11,865.82 |
| | {2} | | Acct #2; Payment #5; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.89 | 11,848.93 |
| 08/05/15 | | Mondry Hardware Store | Acct #2; Payment #6; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 13,782.21 |

**Page Subtotals:** $21,599.68 $7,817.47

10-55238-tjt   Doc 246   Filed 10/23/19   Entered 10/23/19 21:15:58   Page 3 of 13

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 10-55238-TJT | Trustee Name: | Homer McClarty (420370) |
|---|---|---|---|
| Case Name: | Mondry, Louis Martin | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2627 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {2} | | Acct #2; Payment #6; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.60 | 13,763.61 |
| 09/08/15 | | Mondry Hardware Store | Acct #2; Payment #7; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 15,696.89 |
| | {2} | | Acct #2; Payment #7; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.96 | 15,673.93 |
| 10/06/15 | | Mondry Hardware Store | Acct #2; Payment #8; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 17,607.21 |
| | {2} | | Acct #2; Payment #8; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.58 | 17,582.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.44 | 17,558.19 |
| 12/07/15 | | Mondry Hardware Store | Acct #2; Payment #9; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 19,491.47 |
| | {2} | | Acct #2; Payment #9; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 12/07/15 | | Mondry Hardware Store | Acct #2; Payment #10; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 21,424.75 |
| | {2} | | Acct #2; Payment #10; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 12/08/15 | 103 | Steinberg Shapiro & Clark | 1st Atty Fee/10-23-14 to 11-9-15/Court Order 12-8-15 Docket 215 | 3210-000 | | 5,000.00 | 16,424.75 |
| 12/08/15 | 104 | Steinberg Shapiro & Clark | 1st Atty Exp/10-23-14 to 11-9-15/Court Order 12-8-15 Docket 215 | 3220-000 | | 303.84 | 16,120.91 |
| 12/18/15 | 105 | Insurance Partners Agency Inc. | Trustee Blanket Bond/Inv #222016 Policy #82153882 | 2300-000 | | 14.45 | 16,106.46 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.69 | 16,079.77 |
| 01/12/16 | | Mondry Hardware Store | Acct #2; Payment #11; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 18,013.05 |
| | {2} | | Acct #2; Payment #11; Court Order 12-19-14 Docket 201 $1,933.28 | 1110-000 | | | |
| 01/29/16 | 106 | State of Michigan | 30-6452627  2015 Form MI-1041 | 2820-000 | | 591.00 | 17,422.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.77 | 17,398.28 |
| 02/09/16 | | Mondry Hardware Store | Acct #2; Payment #12; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 19,331.56 |

Page Subtotals:  $11,599.68  $6,050.33

10-55238-tjt   Doc 246   Filed 10/23/19   Entered 10/23/19 21:15:58   Page 4 of 13

{ } Asset Reference(s)                                                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 10-55238-TJT | Trustee Name: | Homer McClarty (420370) |
|---|---|---|---|
| Case Name: | Mondry, Louis Martin | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2627 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {2} | | Acct #2; Payment #12; Court Order 12-19-14 Docket 201  $1,933.28 | 1110-000 | | | |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.83 | 19,305.73 |
| 03/07/16 | {13} | True Value Company | Payment/Customer 1289483 Store 2509 12-31-2015 Note installment with interest | 1129-000 | 3,937.75 | | 23,243.48 |
| 03/09/16 | | Mondry Hardware Store | Acct #2; Payment #13; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 25,176.76 |
| | {2} | | Acct #2; Payment #13; Court Order 12-19-14 Docket 201  $1,933.28 | 1110-000 | | | |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.54 | 25,140.22 |
| 04/08/16 | | Mondry Hardware Store | Acct #2; Payment #14; Court Order 12-19-14 Docket 201 | | 1,933.28 | | 27,073.50 |
| | {2} | | Acct #2; Payment #14; Court Order 12-19-14 Docket 201  $1,933.28 | 1110-000 | | | |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.42 | 27,037.08 |
| 05/10/16 | | Mondry Hardware Store | Acct #2; Payment #15; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 28,970.36 |
| | {2} | | Acct #2; Payment #15; Court Order 12/19/14 Docket # 201  $1,933.28 | 1110-000 | | | |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.96 | 28,931.40 |
| 06/13/16 | | Land Contract | Acct #2; Payment #16; Payment #17 Court Oder 12/19/14 Docket # 201 | | 1,933.28 | | 30,864.68 |
| | {2} | | Acct #2; Payment #16; Payment #17 Court Oder 12/19/14 Docket # 201  $1,933.28 | 1110-000 | | | |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.13 | 30,817.55 |
| 07/12/16 | | Mondry Hardware Store | Acct #2; Payment #17; Acct # 2 Order 12/19/14 Docket #201 | | 1,933.28 | | 32,750.83 |
| | {2} | | Acct #2; Payment #17; Acct # 2 Order 12/19/14 Docket #201  $1,933.28 | 1110-000 | | | |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.11 | 32,706.72 |
| 08/15/16 | | Mondry Hardware Store | Acct #2; Payment #18; Court Order 12/19/14  Docket # 201 | | 1,933.28 | | 34,640.00 |
| | {2} | | Acct #2; Payment #18; Court Order 12/19/14  Docket # 201  $1,933.28 | 1110-000 | | | |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.89 | 34,587.11 |

**Page Subtotals:** **$15,537.43** **$281.88**

*{ } Asset Reference(s)*            *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 10-55238-TJT | Trustee Name: | Homer McClarty (420370) |
|---|---|---|---|
| Case Name: | Mondry, Louis Martin | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2627 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/16 |  | Mondry Hardware Store | Acct #2; Payment #19; Court Order 12/19/14 Docket # 201 |  | 1,933.28 |  | 36,520.39 |
|  | {2} |  | Acct #2; Payment #19; Court Order 12/19/14 Docket # 201  $1,933.28 | 1110-000 |  |  |  |
| 09/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 50.99 | 36,469.40 |
| 10/10/16 |  | Mondry Hardware Store | Acct #2; Payment #20; Court Oder 12/19/14 Docket #201 |  | 1,933.28 |  | 38,402.68 |
|  | {2} |  | Acct #2; Payment #20; Court Oder 12/19/14 Docket #201  $1,933.28 | 1110-000 |  |  |  |
| 10/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 52.23 | 38,350.45 |
| 11/09/16 |  | Mondry Hardware Store | Acct #2; Payment #21; Land Contract Payment Court Order 12/19/14 Docket #201 |  | 1,933.28 |  | 40,283.73 |
|  | {2} |  | Acct #2; Payment #21; Land Contract Payment Court Order 12/19/14 Docket #201  $1,933.28 | 1110-000 |  |  |  |
| 11/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 60.53 | 40,223.20 |
| 12/04/16 | 107 | Insurance Partners Agency Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2016 FOR CASE #10-55238, 2016/201/ Blanket Bond Renewal Voided on 12/07/2016 | 2300-004 |  | 23.48 | 40,199.72 |
| 12/07/16 | 107 | Insurance Partners Agency Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2016 FOR CASE #10-55238, 2016/201/ Blanket Bond Renewal Voided: check issued on 12/04/2016 | 2300-004 |  | -23.48 | 40,223.20 |
| 12/07/16 | 108 | Insurance Partners Agency Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2016 FOR CASE #10-55238, 2016/2016 Bond Renewal | 2300-000 |  | 17.64 | 40,205.56 |
| 12/12/16 |  | Mondry Hardware Store | Acct #2; Payment #22; Court Order 12/19/14 Docket # 201 |  | 1,933.28 |  | 42,138.84 |
|  | {2} |  | Acct #2; Payment #22; Court Order 12/19/14 Docket # 201  $1,933.28 | 1110-000 |  |  |  |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 59.25 | 42,079.59 |
| 01/06/17 |  | Mondry Hardware Store | Acct #2; Payment #23; Court Order 4/18/16 Docket # 32 |  | 1,933.28 |  | 44,012.87 |
|  | {2} |  | Acct #2; Payment #23; Court Order 4/18/16 Docket # 32  $1,933.28 | 1110-000 |  |  |  |
| 01/06/17 | {13} | True Value Company | Payment Customer 1289483 Store 2509 12/31/16 Note Installment with interest | 1129-000 | 4,061.34 |  | 48,074.21 |
| 01/24/17 | 109 | State of Michigan | 30-6452627 2016 Form MI-1041 | 2820-000 |  | 739.00 | 47,335.21 |
|  |  |  | **Page Subtotals:** | | **$13,727.74** | **$979.64** | |

10-55238-tjt    Doc 246    Filed 10/23/19    Entered 10/23/19 21:15:58    Page 6 of 13

*{ } Asset Reference(s)*                                                                                          *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 10-55238-TJT | Trustee Name: | Homer McClarty (420370) |
|---|---|---|---|
| Case Name: | Mondry, Louis Martin | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2627 | Account #: | ******9266 Checking Account |
| For Period Ending: | 09/30/2019 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.87 | 47,264.34 |
| 02/13/17 | | Mondry Hardware Store | Acct #2; Payment #24; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 49,197.62 |
| | {2} | | Acct #2; Payment #24; Court Order 12/19/14 Docket # 201 $1,933.28 | 1110-000 | | | |
| 02/20/17 | 110 | Steinberg Shapiro & Clark | Per order dated 1/31/17 DE #220 Voided on 02/23/2017 | 3210-004 | | 860.75 | 48,336.87 |
| 02/23/17 | 110 | Steinberg Shapiro & Clark | Per order dated 1/31/17 DE #220 Voided: check issued on 02/20/2017 | 3210-004 | | -860.75 | 49,197.62 |
| 02/23/17 | 111 | Steinberg Shapiro & Clark | Per order dated 1/31/17 DE #220 | 3210-000 | | 852.50 | 48,345.12 |
| 02/23/17 | 112 | Steinberg Shapiro & Clark | Per order dated 1/31/17 DE #220 | 3220-000 | | 8.25 | 48,336.87 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.74 | 48,272.13 |
| 03/10/17 | | Mondry Hardware Store | Acct #2; Payment #25; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 50,205.41 |
| | {2} | | Acct #2; Payment #25 $1,933.28 | 1110-000 | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.41 | 50,132.00 |
| 04/10/17 | | Mondry Hardware Store | Acct #2, Payment 26; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 52,065.28 |
| | {2} | | Acct #2; Payment #26 $1,933.28 | 1110-000 | | | |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.87 | 51,996.41 |
| 05/11/17 | | Mondry Hardware Store | Acct #2, Payment 27; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 53,929.69 |
| | {2} | | Acct #2; Payment #27 $1,933.28 | 1110-000 | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.02 | 53,845.67 |
| 06/13/17 | | Mondry Hardware Store | Acct #2, Payment 28; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 55,778.95 |
| | {2} | | Acct #2; Payment #28 $1,933.28 | 1110-000 | | | |
| 06/30/17 | | MRO | Deposit receipt adjustment | 1129-000 | 1,933.28 | | 57,712.23 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.93 | 57,633.30 |
| 06/30/17 | | MRO | Reverse deposit receipt adjustment | 1129-000 | -1,933.28 | | 55,700.02 |
| 07/14/17 | | Mondry Hardware Store | Acct #2, Payment 29; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 57,633.30 |
| | {2} | | Acct #2; Payment #29 $1,933.28 | 1110-000 | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.46 | 57,554.84 |
| | | | **Page Subtotals:** | | **$11,599.68** | **$1,380.05** | |

10-55238-tjt   Doc 246   Filed 10/23/19   Entered 10/23/19 21:15:58   Page 7 of 13

*{ } Asset Reference(s)*                                                                                                                    *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | | |
|---|---|---|
| **Case No.:** 10-55238-TJT | **Trustee Name:** | Homer McClarty (420370) |
| **Case Name:** Mondry, Louis Martin | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** **-***2627 | **Account #:** | ******9266 Checking Account |
| **For Period Ending:** 09/30/2019 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/08/17 | | Mondry Hardware Store | Acct #2, Payment 30; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 59,488.12 |
| | {2} | | Acct #2; Payment #30 $1,933.28 | 1110-000 | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.10 | 59,395.02 |
| 09/07/17 | | Mondry Hardware Store | Acct #2, Payment 31; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 61,328.30 |
| | {2} | | Acct #2; Payment #31 $1,933.28 | 1110-000 | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.52 | 61,243.78 |
| 10/13/17 | | Mondry Hardware Store | Acct #2, Payment 32; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 63,177.06 |
| | {2} | | Acct #2; Payment #32 $1,933.28 | 1110-000 | | | |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.25 | 63,081.81 |
| 11/13/17 | | Mondry Hardware Store | Acct #2, Payment 33; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 65,015.09 |
| | {2} | | Acct #2; Payment #33 $1,933.28 | 1110-000 | | | |
| 11/27/17 | 113 | Treasurer, City of Detroit | Interim distribution per court order entered 11/21/17 [docket no. 229] Stopped on 04/05/2018 | | | 3,445.30 | 61,569.79 |
| | | CITY OF DETROIT | Payment per court order entered 11/21/17 [docket no. 229] - Interim Distribution $1,211.78 | 4800-005 | | | |
| | | CITY OF DETROIT | $1,310.30 | 4800-005 | | | |
| | | CITY OF DETROIT | $923.22 | 4800-005 | | | |
| 11/27/17 | | City of Detroit | Cashier's check requested - Interim distribution per court order entered 11/21/17 [docket no. 229] | | | 3,445.30 | 58,124.49 |
| | | CITY OF DETROIT | Interim distribution per court order entered 11/21/17 [docket no. 229] $1,211.78 | 4800-000 | | | |
| | | CITY OF DETROIT | Interim distribution per court order entered 11/21/17 [docket no. 229] $1,310.30 | 4800-000 | | | |
| | | CITY OF DETROIT | Interim distribution per court order entered 11/21/17 [docket no. 229] $923.22 | 4800-000 | | | |
| 11/28/17 | 114 | Michigan Department of Treasury | Interim distribution per court order entered 11/21/17 [docket no. 229] | 4800-000 | | 30,045.22 | 28,079.27 |
| 11/28/17 | 115 | IRS | Interim distribution per court order entered 11/21/17 [docket no. 229] | 4300-000 | | 14,083.35 | 13,995.92 |
| 11/29/17 | 116 | Homer McClarty | Order Granting First Interim Fee Application of Trustee entered 11/29/17 [docket no. 238] | 2100-000 | | 2,428.23 | 11,567.69 |

**Page Subtotals:** $7,733.12 $53,720.27

*{ } Asset Reference(s)*                                                                                      *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| Case No.: | 10-55238-TJT |
| Case Name: | Mondry, Louis Martin |
| Taxpayer ID #: | **-***2627 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | Homer McClarty (420370) |
| Bank Name: | Mechanics Bank |
| Account #: | ******9266 Checking Account |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/17 | 117 | Richard A. Pallas PC | Order Granting First Interim Fee Application of Accountant for Trustee fees entered 11/29/17 [docket no. 239] | 3410-000 | | 1,220.00 | 10,347.69 |
| 11/29/17 | 118 | Richard A. Pallas PC | Order Granting First Interim Fee Application of Accountant for Trustee expenses entered 11/29/17 [docket no. 239] | 3420-000 | | 58.00 | 10,289.69 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.22 | 10,198.47 |
| 12/13/17 | 119 | Insurance Partners Agency Inc. | Bond premium | 2300-000 | | 76.26 | 10,122.21 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.94 | 10,086.27 |
| 01/02/18 | | Mondry Hardware Store | Acct #2, Payment 34; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 12,019.55 |
| | {2} | | Acct #2; Payment #34 $1,933.28 | 1110-000 | | | |
| 01/16/18 | {13} | True Value Company | Payment Customer 1289483 Store 2509 12/31/17 Note Installment with interest | 1129-000 | 3,965.36 | | 15,984.91 |
| 01/30/18 | | Mondry Hardware Store | Acct #2, Payment 35; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 17,918.19 |
| | {2} | | Acct #2; Payment #35 $1,933.28 | 1110-000 | | | |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.57 | 17,891.62 |
| 02/27/18 | | Mondry Hardware Store | Acct #2, Payment 36; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 19,824.90 |
| | {2} | | Acct #2; Payment #36 $1,933.28 | 1110-000 | | | |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.64 | 19,796.26 |
| 03/06/18 | | State of Michigan | Refund of overpayment from State of Michigan on secured claim distribution | 4800-000 | | -21,124.28 | 40,920.54 |
| 03/15/18 | | Mondry Hardware Store | Acct #2, Payment 37; Court Order 12/19/14 Docket # 201 | 1110-000 | 1,933.28 | | 42,853.82 |
| | {2} | | Acct #2; Payment #37 $1,933.28 | 1110-000 | | | |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.00 | 42,796.82 |
| 04/05/18 | 113 | Treasurer, City of Detroit | Interim distribution per court order entered 11/21/17 [docket no. 229] Stopped: check issued on 11/27/2017 | | | -3,445.30 | 46,242.12 |
| | | CITY OF DETROIT | Payment per court order entered 11/21/17 [docket no. 229] - Interim Distribution $1,211.78 | 4800-005 | | | |
| | | CITY OF DETROIT | $1,310.30 | 4800-005 | | | |
| | | CITY OF DETROIT | $923.22 | 4800-005 | | | |
| 04/05/18 | 120 | Treasurer, City of Detroit | Payment per court order entered 11/21/17 [docket no. 229] | | | 3,445.30 | 42,796.82 |

Page Subtotals: $11,698.48   -$19,530.65

{ } Asset Reference(s)                                                                                                               ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-8

| | | |
|---|---|---|
| **Case No.:** 10-55238-TJT | **Trustee Name:** | Homer McClarty (420370) |
| **Case Name:** Mondry, Louis Martin | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** **-***2627 | **Account #:** | ******9266 Checking Account |
| **For Period Ending:** 09/30/2019 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | CITY OF DETROIT | $1,211.78 | 4800-000 | | | |
| | | CITY OF DETROIT | $1,310.30 | 4800-000 | | | |
| | | CITY OF DETROIT | $923.22 | 4800-000 | | | |
| 04/10/18 | | Mondry Hardware Store | Acct #2, Payment 38; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 44,730.10 |
| | {2} | | Acct #2; Payment #38 $1,933.28 | 1110-000 | | | |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.86 | 44,664.24 |
| 05/03/18 | | UNITED STATES TREASURY | Refund of overpayment from the IRS | 4300-000 | | -4,061.65 | 48,725.89 |
| 05/03/18 | | United States Treasury | Refund of overpayment from the IRS | 4300-000 | | -7,292.30 | 56,018.19 |
| 05/07/18 | | Mondry Hardware Store | Acct #2, Payment 39; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 57,951.47 |
| | {2} | | Acct #2; Payment #39 $1,933.28 | 1110-000 | | | |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 89.06 | 57,862.41 |
| 06/18/18 | | Mondry Hardware Store | Acct #2, Payment 40; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 59,795.69 |
| | {2} | | Acct #2; Payment #40 $1,933.28 | 1110-000 | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.37 | 59,714.32 |
| 07/23/18 | | Mondry Hardware Store | Acct #2, Payment 41; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 61,647.60 |
| | {2} | | Acct #2; Payment #41 $1,933.28 | 1110-000 | | | |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.26 | 61,555.34 |
| 08/13/18 | | Mondry Hardware Store | Acct #2, Payment 42; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 63,488.62 |
| | {2} | | Acct #2; Payment #42 $1,933.28 | 1110-000 | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 93.06 | 63,395.56 |
| 09/10/18 | | Mondry Hardware Store | Acct #2, Payment 43; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 65,328.84 |
| | {2} | | Acct #2; Payment #43 $1,933.28 | 1110-000 | | | |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.53 | 65,279.31 |
| 10/11/18 | | Mondry Hardware Store | Acct #2, Payment 44; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 67,212.59 |
| | {2} | | Acct #2; Payment #44 $1,933.28 | 1110-000 | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.02 | 67,152.57 |

**Page Subtotals:** $13,532.96   -$10,822.79

10-55238-tjt   Doc 246   Filed 10/23/19   Entered 10/23/19 21:15:58   Page 10 of 13

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 10-55238-TJT | **Trustee Name:** | Homer McClarty (420370) |
| **Case Name:** Mondry, Louis Martin | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** **-***2627 | **Account #:** | ******9266 Checking Account |
| **For Period Ending:** 09/30/2019 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/18 | | Mondry Hardware Store | Acct #2, Payment 45; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 69,085.85 |
| | {2} | | Acct #2; Payment #45 $1,933.28 | 1110-000 | | | |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.72 | 69,030.13 |
| 12/11/18 | 121 | Insurance Partners Agency Inc. | Bond premium for 11/01/18 - 10/31/19 | 2300-000 | | 21.75 | 69,008.38 |
| 12/13/18 | | Mondry Hardware Store | Acct #2, Payment 46; Court Order 12/19/14 Docket # 201 | | 1,933.28 | | 70,941.66 |
| | {2} | | Acct #2; Payment #46 $1,933.28 | 1110-000 | | | |
| 01/08/19 | {13} | True Value Compnay LLC | Payment on Installment Loan plus interest | 1129-000 | 3,869.38 | | 74,811.04 |
| 01/18/19 | | Mondry Hardware Store | LAND CONTRACT PAYMENT | 1110-000 | 1,933.28 | | 76,744.32 |
| | {2} | | Acct #2; Payment #47 $1,933.28 | 1110-000 | | | |
| 02/05/19 | | Mondry Hardware Store | Land contract payment | 1110-000 | 1,933.28 | | 78,677.60 |
| | {2} | | Acct #2; Payment #48 $1,933.28 | 1110-000 | | | |
| 03/12/19 | | Mondry Hardware Store | Land Contract payment | 1110-000 | 1,933.28 | | 80,610.88 |
| | {2} | | Acct #2; Payment #49 $1,933.28 | 1110-000 | | | |
| 04/19/19 | | Mondry Hardware Store | Land contract payment | 1110-000 | 1,933.28 | | 82,544.16 |
| | {2} | | Acct #2; Payment #50 $1,933.28 | 1110-000 | | | |
| 05/08/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******0799 | Transition Debit to Metropolitan Commercial Bank acct 3910040799 | 9999-000 | | 82,544.16 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 55 | Deposits | 122,497.83 | 21 | Checks | 66,657.44 |
| 0 | Interest Postings | 0.00 | 49 | Adjustments Out | 5,801.46 |
| | Subtotal | 122,497.83 | 1 | Transfers Out | 82,544.16 |
| 2 | Adjustments In | 0.00 | | Total | 155,003.06 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 122,497.83 | | | |

**Page Subtotals:**     $0.00     $0.00

*{ } Asset Reference(s)*     *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-10

| | |
|---|---|
| **Case No.:** 10-55238-TJT | **Trustee Name:** Homer McClarty (420370) |
| **Case Name:** Mondry, Louis Martin | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***2627 | **Account #:** ******0799 Checking Account |
| **For Period Ending:** 09/30/2019 | **Blanket Bond (per case limit):** $2,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/19 | | Transfer Credit from Rabobank, N.A. acct ******9266 | Transition Credit from Rabobank, N.A. acct 5009789266 | 9999-000 | 82,544.16 | | 82,544.16 |
| 05/13/19 | | Mondry Hardware Store | land contract payment | 1110-000 | 1,933.28 | | 84,477.44 |
| | {2} | | Acct #2; Payment #51 $1,933.28 | 1110-000 | | | |
| 06/17/19 | | Mondry Hardware Store | Land Contract Payment | 1110-000 | 1,933.28 | | 86,410.72 |
| | {2} | | Acct #2; Payment #52 $1,933.28 | 1110-000 | | | |
| 06/20/19 | 1000 | TREASURER, CITY OF DETROIT | Payment per Order Authorizing Interim Distribution entered 6/4/19 [docket no. 245] | 5800-000 | | ! 1,241.17 | 85,169.55 |
| 06/20/19 | 1001 | Michigan Department of Treasury | Payment per Order Authorizing Interim Distribution entered 6/4/19 [docket no. 245] | 5800-000 | | 6,426.75 | 78,742.80 |
| 06/21/19 | 1002 | IRS | Payment per Order Authorizing Interim Distribution entered 6/4/19 [docket no. 245] | 5800-000 | | 49,161.28 | 29,581.52 |
| 07/10/19 | | Mondry Hardware Store | Land Contract | 1110-000 | 1,933.28 | | 31,514.80 |
| | {2} | | Acct #2; Payment #53 $1,933.28 | 1110-000 | | | |
| 08/12/19 | | Mondry Hardware Store | Land Contract payment | 1110-000 | 1,933.28 | | 33,448.08 |
| | {2} | | Acct #2; Payment #54 $1,933.28 | 1110-000 | | | |
| 09/16/19 | | Mondry Hardware Store | Land Contract payment | 1110-000 | 1,933.28 | | 35,381.36 |
| | {2} | | Acct #2; Payment #55 $1,933.28 | 1110-000 | | | |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 | Deposits | 9,666.40 | 3 | Checks | 56,829.20 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 9,666.40 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 56,829.20 |
| 1 | Transfers In | 82,544.16 | | | |
| | Total | 92,210.56 | | | |

**Page Subtotals:**     **$92,210.56**     **$56,829.20**

*{ } Asset Reference(s)*           *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-11

| | | | |
|---|---|---|---|
| **Case No.:** | 10-55238-TJT | **Trustee Name:** | Homer McClarty (420370) |
| **Case Name:** | Mondry, Louis Martin | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2627 | **Account #:** | ******0799 Checking Account |
| **For Period Ending:** | 09/30/2019 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $132,164.23 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $132,164.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9266 Checking Account | $122,497.83 | $39,953.67 | $0.00 |
| ******0799 Checking Account | $9,666.40 | $56,829.20 | $35,381.36 |
| | $132,164.23 | $96,782.87 | $35,381.36 |