UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Louis Martin Mondry,             Case No. 10-55238-TJT
                                            Chapter 7
            Debtor.                  Hon. Thomas J. Tucker
_____/

## ORDER AUTHORIZING THIRD INTERIM DISTRIBUTION

This matter is before the Court on the Trustee's motion for an interim distribution (Docket # 249, the "Motion"). Interested parties were served with notice of the motion, and no objections were timely filed. The Court finds good cause to enter this Order.

IT IS ORDERED as follows:

A.     The Motion is granted.

B.     The Trustee may distribute $24,000.00 from the estate trust account to pay allowed unsecured creditors on a pro rata basis.

**Signed on August 7, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**